**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6453**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES MILLARD CRAVEN,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Rockingham. Richard C. Erwin, Senior District Judge. (CR-91-229-R, CA-95-69-4)

Submitted:  October 31, 1996          Decided:  November 15, 1996

Before HALL, MURNAGHAN, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James Millard Craven, Appellant Pro Se.  Richard Stanley Glaser, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1994) motion. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>United States v. Craven</u>, Nos. CR-91-229-R; CA-95-69-4 (M.D.N.C. Mar. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2